1  LAURA E DUFFY
   United States Attorney
2  JOSEPH J.M. ORABONA
   Assistant U.S. Attorney
3  California Bar No. 223317
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101
5  Tel: (619)546-7951
   Fax: (619)546-0510
6  Email: joseph.orabona@usdoj.gov

7  Attorneys for the United States

```
FILED

MAR 17 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, , | Case No.: 14CR3700-BAS |
| 11          Plaintiff, | Date:  March 24, 2015 |
| 12      v. | Time:  9:00 a.m. |
| 13  FRANCISCO CRUZ-MENDOZA, T/N Jose Alejandro Valdivia-Flores, | **STIPULATION OF FACTS FOR A BENCH TRIAL** |
| 14 | |
| 15          Defendant. | |

16      IT IS HEREBY AGREED between the plaintiff, UNITED STATES OF

17  AMERICA, through its counsel, Laura E. Duffy, United States Attorney,

18  and Joseph J.M. Orabona, Assistant U.S. Attorney, and defendant,

19  Francisco Cruz-Mendoza, true name Jose Alejandro Valdivia-Flores

20  ("Defendant"), with the advice and consent of Joseph S. Camden,

21  Federal Defenders of San Diego, Inc., counsel for Defendant, that the

22  following facts are true beyond a reasonable doubt:

23      1.  Defendant's true name is Jose Alejandro Valdivia-Flores.

24          Following his arrest in 1997 for a violation of Revised

25          Code Washington ("RCW") § 69.50.401(a), Defendant provided

26          a false name, Francisco Cruz-Mendoza. Defendant has

27          continued to use this false name, including at the time of

28          his arrest in this case.

2.   Defendant is not a citizen of the United States. He was not a citizen of the United States at the time of the offenses on November 13, 2014.

3.   Defendant is a citizen and national of Mexico.

4.   On August 8, 1997, Defendant suffered a felony conviction for Possession with Intent to Deliver Heroin, in violation of RCW § 69.50.401(a), in the Superior Court of the State of Washington for King County, Seattle, Washington, Case No. 97-C-0566-7 SEA, where the state court judge sentenced Defendant to 21 months in prison.

5.   On March 31, 2009, Defendant was ordered removed and deported from the United States pursuant to a Final Administrative Order of Removal. Thereafter, Defendant was physically removed from the United States to Mexico on April 4, 2009.

6.   On November 22, 2013, Defendant suffered a felony conviction for being a removed alien found in the United States, in violation of 8 U.S.C. § 1326. Thereafter, Defendant was physically removed from the United States to Mexico on September 9, 2014.

7.   As alleged in the Indictment in this case, on November 13, 2014, Defendant had the conscious desire to return to the United States and applied for entry into the United States from Mexico through the pedestrian lanes at the San Ysidro, California, Port of Entry (POE), by falsely claiming to be another person and knowingly presenting to immigration officers as his own identification a false and fraudulent United States Certificate of Naturalization that contained

1    his   photograph,   but   the   name,   birth   date,   and   Alien

2    Registration   Number   (INS   Number)   of   another   person.

3    Defendant   admits   that   this   was   a   substantial   step   toward

4    committing   the   crimes   charged   in   Counts   1   and   2   of   the

5    Indictment in this case.

6  8.  At   the   time   Defendant   applied   for   entry   into   the   United

7    States   on   November   13,   2014,   Defendant   knew   the   United

8    States   Certificate   of   Naturalization   had   been   forged,

9    counterfeited,   altered,   falsely   made,   and   unlawfully

10    obtained   from   another   person.   Defendant   agreed   to   pay   a

11    total   of   $1,400   to   knowingly   use   the   false   and   fraudulent

12    United States Certificate of Naturalization.

13  9.  At   the   time   Defendant   applied   for   entry   into   the   United

14    States on November 13, 2014, Defendant had not obtained the

15    consent   of   the   Attorney   General   of   the   United   States   or   his

16    designated   successor,   the   Secretary   of   the   Department   of

17    Homeland   Security   to   reapply   for   admission   into   the   United

18    States.

19  SO STIPULATED.

20  DATED: 2/25/15

21                                   JOSE ALEJANDRO VALDIVIA-FLORES
                                     AKA FRANCISCO CRUZ-MENDOZA
22                                   Defendant

23  DATED: 2/25/15

24                                   JOSEPH S. CAMDEN
                                     Counsel for Defendant
25  DATED: 3/17/15

26                                   JOSEPH J.M. ORABONA
                                     Assistant United States Attorney
27

28

*Stipulation of Facts for Bench Trial*                3                        14CR3700-BAS